**Exhibit A to the Complaint**

**Location:** Washington, DC

**Total Works Infringed:** 35

**IP Address:** 24.126.8.68

**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 49F7C0CC25720F7C62320076A33ABFD3B8747919 | 09/30/2025 01:35:02 | Blacked | 09/25/2025 | 11/10/2025 | PA0002553344 |
| 2 | 5F0908E50A10F7EBA4E5D830A08CD09479D3282A | 09/04/2024 22:36:07 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 3 | C5EEB4A53B1E9AD09FCBDEA9F87C33E77A76FA5D | 09/04/2024 22:20:41 | Blacked | 06/10/2023 | 07/13/2023 | PA0002420362 |
| 4 | 6A0E4F47E6B770D53A96234596721B9EB309ABC5 | 09/04/2024 22:20:00 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 5 | 1EA1222B1CED55CEAB1A6DF8079ACB0DC04221BC | 09/04/2024 22:19:19 | Blacked | 04/03/2024 | 04/10/2024 | PA0002464919 |
| 6 | 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1 | 09/04/2024 22:18:46 | Blacked Raw | 04/19/2023 | 05/14/2023 | PA0002411264 |
| 7 | 9624F0C576A9C826EBB189E24184D2EB6A790205 | 08/25/2024 18:06:23 | Tushy | 07/24/2022 | 08/29/2022 | PA0002367746 |
| 8 | 8201b5019b9fd9db37257a38c6eb81b2d57dfc46 | 06/13/2024 04:32:07 | Blacked | 07/02/2022 | 07/22/2022 | PA0002359461 |
| 9 | f833842a9a5322643e4652553d11d51ef6876fbf | 06/13/2024 03:53:33 | Slayed | 08/15/2023 | 12/07/2023 | PA0002444363 |
| 10 | 8b2fbc68fda8b9dc6eb56316b6177a81b951c9fe | 06/13/2024 03:27:36 | Slayed | 09/20/2022 | 11/27/2022 | PA0002388098 |
| 11 | b6ad7a56d5ac5e4c178f3e2127b1a885d7424c41 | 06/13/2024 03:23:02 | Milfy | 03/06/2024 | 06/24/2024 | PA0002477485 |
| 12 | cf5d0a45cb1e1178d9de274fc159c5eb669c9a43 | 06/13/2024 03:20:01 | Vixen | 04/26/2024 | 05/09/2024 | PA0002470230 |
| 13 | f44b66e867e84aaf3293899293d256a90cfbac6b | 06/13/2024 03:18:55 | Blacked | 04/22/2023 | 05/15/2023 | PA0002411285 |
| 14 | 26228b95ebc9443036282d9ac247da224044f6fa | 06/13/2024 03:13:00 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |
| 15 | bf1d7ed8245edb0f1f8ed2ba78ef971a334f0eb8 | 06/13/2024 02:52:32 | Blacked | 01/14/2023 | 01/27/2023 | PA0002393079 |
| 16 | 73bc0d37b2e846d4041e325755dcd792cb73b481 | 06/13/2024 02:24:14 | Slayed | 05/24/2022 | 06/09/2022 | PA0002361291 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 17 | be943d32954f2576a8c2a04b15657242a01087ed | 06/13/2024 02:11:25 | Blacked | 09/17/2022 | 10/05/2022 | PA0002373760 |
| 18 | d4b55d546d224dfa5e1f12a02eb257202e8e4f5d | 06/13/2024 02:03:31 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 19 | b3e3771952fc0ada815344e05c85f63f6d962c8e | 06/13/2024 01:30:35 | TushyRaw | 09/13/2023 | 10/18/2023 | PA0002435599 |
| 20 | 85101b2df1fa739a89f43e5b552e4451f1185ffd | 06/13/2024 01:29:37 | Blacked Raw | 04/04/2023 | 04/07/2023 | PA0002405732 |
| 21 | cbf642e7e88572d183942bea9181530fc4674f86 | 06/13/2024 01:13:25 | TushyRaw | 06/07/2023 | 07/14/2023 | PA0002427503 |
| 22 | 8783f269517842273638e14870622a6751bf6fe3 | 06/13/2024 01:04:13 | Vixen | 02/23/2024 | 03/13/2024 | PA0002459589 |
| 23 | e35bec36699bbc2e207cd9679523325c9c59358e | 06/13/2024 00:44:12 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |
| 24 | 98af8676b0fd8d3abaae77d434145882255c396a | 06/13/2024 00:42:27 | Tushy | 11/05/2023 | 11/13/2023 | PA0002439640 |
| 25 | 250e5391b3e7d73b92b24823ebd333cecf658e62 | 06/13/2024 00:35:54 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 26 | 9bb194e91585116bec9ef3c6bdb9a50c248a3215 | 06/13/2024 00:35:44 | Milfy | 01/31/2024 | 03/15/2024 | PA0002463458 |
| 27 | 5af08e8de29a911a646ae2b1cf2a96dcb78fc32e | 06/13/2024 00:31:50 | Vixen | 12/08/2023 | 01/16/2024 | PA0002449510 |
| 28 | b2d1d1749102fefe30d1d3ba8d9f71f374939ec9 | 06/13/2024 00:25:48 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 29 | 4e8a6f53301141ccd9ff05fdb3bde1b81b343863 | 06/13/2024 00:18:43 | Blacked | 02/18/2023 | 04/13/2023 | PA0002407766 |
| 30 | f32615cf72189cdd69e6151e4903ac651d3a7063 | 06/12/2024 23:45:10 | Blacked Raw | 07/04/2022 | 07/22/2022 | PA0002359466 |
| 31 | bfca0daf342188f515ad8710955ac6aebadc45c3 | 06/12/2024 23:34:12 | Slayed | 12/26/2023 | 01/16/2024 | PA0002453475 |
| 32 | 629df02cdac1ec602f343fdcc55edf3c6307b281 | 06/12/2024 23:27:20 | Blacked Raw | 01/19/2023 | 01/27/2023 | PA0002393081 |
| 33 | 75dd0fa127c1be4a96205d4a69a9445094ecd5af | 06/12/2024 21:09:01 | Blacked | 11/11/2023 | 12/11/2023 | PA0002444873 |
| 34 | ad8f1fc3a7295906a712628c84dcc05586e04632 | 06/12/2024 20:47:46 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 35 | 04d4d118078a24b5dcf593d690c4e62d10036e4e | 06/12/2024 17:36:48 | Vixen | 12/01/2023 | 12/13/2023 | PA0002445428 |