Jacqueline M. James, Esq. (CT29991)
**The James Law Firm, PLLC**
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601 T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
Attorneys for Plaintiff

<br>

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:25-cv-04087-CKK |
| | ) | |
| v. | ) | Judge Colleen Kollar-Kotelly |
| | ) | |
| JOHN DOE subscriber assigned IP address 24.126.8.68, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
<u>WITH PREJUDICE OF JOHN DOE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice this case was settled with counsel for defendant James Slater, Esq. and that its claims in this action against Defendant John Doe, subscriber assigned 24.126.8.68, are voluntarily dismissed with prejudice.

Dated: February 24, 2026                                Respectfully submitted,

                                                                                    By: /s/ *Jacqueline M. James*

                                                                                    Jacqueline M. James, Esq. (CT29991)

                                                                                    The James Law Firm, PLLC

                                                                                    *Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.